USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2018

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
CEDRIC BISHOP, on behalf of himself and all others similarly situated,

                Plaintiffs,

- against -

SH GROUP OPERATIONS LLC d/b/a BACCARAT HOTEL,

                Defendant.
----------------------------------------X

Case No.:1:18 cv 07068 (LGS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: October 3, 2018

*[signature]*

Joseph H. Mizrahi
Daniel C. Cohen
**COHEN & MIZRAHI LLP**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

*[signature]*

Joshua A. Stein
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Dated: October 4, 2018
      New York, New York

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE